IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/                                    PLAINTIFF
G-DOFFEE, ADC #108778

v.                 Case No. 5:17-cv-00248-KGB/JJV

DEANNE JACKSON,
Classification Officer, M.S.U.; *et al.*                                 DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 22). Plaintiff Don Merceleany R. Maxwell/G-Doffee ("Mr. Maxwell") filed timely his objections to the Recommendations (Dkt. No. 28). After careful consideration of the Recommendations, Mr. Maxwell's objections, and a *de novo* review of the record, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 22). The Court denies Mr. Maxwell's motion for temporary restraining order and preliminary injunction (Dkt. No. 21).

It is so ordered, this the 1st day of May, 2018.

                                                                    Kristine G. Baker
                                                                    United States District Judge