**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DON MERCELEANY R. MAXWELL/G-DOFFEE
ADC #108778**                                                                                          **PLAINTIFF**

**v.**                               **Case No. 5:17-cv-00248 KGB**

**JAMES DUKE,**                                                                                        **DEFENDANT**
**Classification Officer, M.S.U.**

**JUDGMENT**

Pursuant to the Orders entered on May 1, 2018, September 24, 2019, and March 30, 2022, it is considered, ordered, and adjudged that plaintiff Don Merceleany R. Maxwell/G-Doffee's complaint is dismissed (Dkt. Nos. 2; 33; 34; 67; 126). The relief sought is denied.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Orders cited above and this Judgment dismissing this action would be considered frivolous and not taken in good faith.

So adjudged this 30th day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge